## JACKSON DISCOUNT COMPANY *v.* MERCK.

ATKINSON, J. A judgment of a court of competent jurisdiction will only be set aside by a decree in equity for fraud, accident, or mistake, or the acts of the adverse party, unmixed with the negligence or fault of the petitioner. Civil Code (1910), §§ 4584, 5965. *Ehrlich* v. *Bell,* 163 *Ga.* 547 (2 a) (136 S. E. 423). See also *Lanier* v. *Nunnally,* 128 *Ga.* 358 (57 S. E. 689); *Scarborough* v. *Information Buying Co.,* 170 *Ga.* 872 (154 S. E. 350). Under the pleadings and the evidence the judge did not err in refusing to set aside the verdict and judgment, or in refusal of an injunction. *Judgment affirmed. All the Justices concur.*

No. 9891. MARCH 13, 1934.

*Dorough, Hope & Fox,* for plaintiff.
*R. W. Smith Jr.,* for defendant.